[No. 5337-7-III.   Division Three.   July 26, 1983.]

*In the Matter of the Personal Restraint of*
TERRY PATRICK BARR, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Roe, C.J., concurred in by Green and Munson, JJ.

[No. 10557-4-I.   Division One.   July 27, 1983.]

GLENN T. EASLEY, *Appellant,* v. TACOMA GOODWILL INDUSTRIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 265228, E. Albert Morrison, J., entered March 31, 1981. *Affirmed* by unpublished per curiam opinion.

[Nos. 10733-0-I; 10861-1-I.   Division One.   July 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD DEVON KIRKENDALL, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. PHILLIP JEFFERSON FOOKS, *Appellant.*

Appeals from judgments of the Superior Court for King County, No. 81-1-01903-6, Horton Smith, J., entered September 10, 1981. No. 10733-0-I *reversed* and *remanded*; No. 10861-1-I *affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Scholfield, JJ.